1  KEITH E. EGGLETON, State Bar No.159842
   RODNEY G. STRICKLAND, State Bar No. 161934
2  JONI L. OSTLER, State Bar No. 230009
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100

6  Attorneys for Defendants
   BIGBAND NETWORKS, INC., AMIR BASSAN-
7  ESKENAZI, FREDERICK A. BALL, RAN OZ,
   LLOYD CARNEY, DEAN GILBERT, KENNETH
8  A. GOLDMAN, GAL ISRAELY, BRUCE I.
   SACHS, ROBERT J. SACHS and GEOFFREY Y.
9  YANG

10

11                 UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13

14 | JAMES WILTJER, On Behalf of Himself and All ) | Case No.
   | Others Similarly Situated,                   )
15 |                                              )
   |              Plaintiff,                      ) | **DISCLOSURE STATEMENT AND**
16 |                                              ) | **CERTIFICATION OF**
   |       v.                                     ) | **INTERESTED ENTITIES OR**
17 |                                              ) | **PERSONS**
   | BIGBAND NETWORKS, INC., AMIR BASSAN-)
18 | ESKENAZI, FREDERICK A. BALL, RAN OZ, )  | (F.R.Civ.P. 7.1)
   | LLOYD CARNEY, DEAN GILBERT, KENNETH)  | (N.D.L.R. 3-16)
19 | A. GOLDMAN, GAL ISRAELY, BRUCE I.    )
   | SACHS, ROBERT J. SACHS, GEOFFREY Y.  )
20 | YANG, MORGAN STANLEY & CO.            )
   | INCORPORATED, MERRILL LYNCH, PIERCE,)
21 | FENNER & SMITH INCORPORATED,          )
   | JEFFERIES & COMPANY, INC., COWEN AND )
22 | COMPANY, LLC, THINKEQUITY PARTNERS )
   | LLC and DOES 1-25, inclusive,         )
23 |                                      )
   |              Defendants.             )

24

25

26

27

28

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that (1) BigBand Networks, Inc. ("BigBand") does not have a corporate parent; and (2) no public company owns 10% or more of BigBand stock.

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: January 2, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ John Ostler
Joni Ostler

Keith Eggleton
Rodney Strickland
650 Page Mill Road
Palo Alto, CA  94304
Tel.: (650) 493-9300
Fax: (650) 493-6811
Email: keggleton@wsgr.com
Email: rstrickland@wsgr.com
Email: jostler@wsgr.com

*Counsel for Defendants BigBand Networks, Inc., Amir Bassan-Eskenazi, Ran Oz, Frederick Ball, Gal Israely, Dean Gilbert, Ken Goldman, Lloyd Carney, Bruce Sachs, Robert Sachs and Geoffrey Yang*