| | |
|---|---|
| 1 | KEITH E. EGGLETON, State Bar No.159842 |
|   | RODNEY G. STRICKLAND, State Bar No. 161934 |
| 2 | JONI L. OSTLER, State Bar No. 230009 |
|   | WILSON SONSINI GOODRICH & ROSATI |
| 3 | Professional Corporation |
|   | 650 Page Mill Road |
| 4 | Palo Alto, CA 94304-1050 |
|   | Telephone: (650) 493-9300 |
| 5 | Facsimile: (650) 565-5100 |
| 6 | Attorneys for Defendants |
|   | BIGBAND NETWORKS, INC., AMIR BASSAN- |
| 7 | ESKENAZI, FREDERICK A. BALL, RAN OZ, |
|   | LLOYD CARNEY, DEAN GILBERT, KENNETH |
| 8 | A. GOLDMAN, GAL ISRAELY, BRUCE I. |
|   | SACHS, ROBERT J. SACHS and GEOFFREY Y. |
| 9 | YANG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JAMES WILTJER, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | Case No. |
|---|---|---|
| Plaintiff, | ) ) | **CERTIFICATE OF SERVICE** |
| v. | ) ) ) | |
| BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, FREDERICK A. BALL, RAN OZ, LLOYD CARNEY, DEAN GILBERT, KENNETH A. GOLDMAN, GAL ISRAELY, BRUCE I. SACHS, ROBERT J. SACHS, GEOFFREY Y. YANG, MORGAN STANLEY & CO. INCORPORATED, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, JEFFERIES & COMPANY, INC., COWEN AND COMPANY, LLC, THINKEQUITY PARTNERS LLC and DOES 1-25, inclusive, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

I, Peggy Baird, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

1. **NOTICE OF REMOVAL;**
2. **CIVIL COVER SHEET;**
3. **DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS;**
4. **CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PERSONS OR ENTITIES;** and
5. **CERTIFICATE OF SERVICE**

by placing the document(s) in a sealed envelope for collection and mailing with the United States Postal Service on this date to the following person(s):

JEFFREY W. LAWRENCE
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111

DARREN J. ROBBINS
RAMZI ABADOU
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California on January 2, 2008.

*Peggy Baird*
Peggy Baird