**UNITED STATES DISTRICT COURT**

**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                General Court Number
Clerk                                                                                       415.522.2000

## January 9, 2008

**CASE NUMBER:  CV 08-00022 MHP**
**CASE TITLE:  JAMES WILTJER-v-BIGBAND NETWORKS INC.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco**  division.

**Honorable CHARLES R. BREYER**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CRB**  immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 1/9/08


FOR THE EXECUTIVE COMMITTEE:

_____
                                              Clerk



NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                          Special Projects
Log Book Noted                                                Entered in Computer 1/9/08AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                         Transferor CSA