1  KEITH E. EGGLETON, State Bar No.159842
   RODNEY G. STRICKLAND, State Bar No. 161934
2  JONI L. OSTLER, State Bar No. 230009
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100
   Email: keggleton@wsgr.com
6  Email: rstrickland@wsgr.com
   Email: jostler@wsgr.com
7

8  Attorneys for Defendants
   BIGBAND NETWORKS, INC., AMIR BASSAN-
9  ESKENAZI, FREDERICK A. BALL, RAN OZ,
   LLOYD CARNEY, DEAN GILBERT, KENNETH
10 A. GOLDMAN, GAL ISRAELY, BRUCE I.
   SACHS, ROBERT J. SACHS and GEOFFREY Y.
11 YANG

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15 JAMES WILTJER, On Behalf of Himself and All  )  Case No. 08-22-CRB
   Others Similarly Situated,                   )
16                                              )
              Plaintiff,                        )  **STIPULATION EXTENDING TIME**
17                                              )  **TO RESPOND TO COMPLAINT**
         v.                                     )
18                                              )
   BIGBAND NETWORKS, INC., AMIR BASSAN-         )
19 ESKENAZI, FREDERICK A. BALL, RAN OZ,         )
   LLOYD CARNEY, DEAN GILBERT, KENNETH          )
20 A. GOLDMAN, GAL ISRAELY, BRUCE I.            )
   SACHS, ROBERT J. SACHS, GEOFFREY Y.          )
21 YANG, MORGAN STANLEY & CO.                   )
   INCORPORATED, MERRILL LYNCH, PIERCE,         )
22 FENNER & SMITH INCORPORATED,                 )
   JEFFERIES & COMPANY, INC., COWEN AND         )
23 COMPANY, LLC, THINKEQUITY PARTNERS           )
   LLC and DOES 1-25, inclusive,                )
24                                              )
              Defendants.                       )
25

26

27

28

STIP. EXTENDING TIME TO RESPOND
CASE NO. 08-22-CRB

WHEREAS, on December 3, 2007, plaintiff James Wiltjer filed his complaint in the above-captioned action in the Superior Court of the State of California, County of San Francisco, and on January 2, 2008, all defendants jointly removed this action to this Court;

WHEREAS, plaintiff opposes defendants' removal of this action and intends to file a motion to remand it the California Superior Court;

WHEREAS, pursuant to Federal Rule of Civil Procedure 81(c), defendants' response(s) to the complaint are currently due on January 9, 2008;

WHEREAS, on January 3, 2008 defendants BigBand Networks, Inc., Amir Bassan-Eskenazi, Frederick A. Ball, Ran Oz, Lloyd Carney, Dean Gilbert, Kenneth A. Goldman, Gal Israely, Bruce I. Sachs, Robert J. Sachs and Geoffrey Y. Yang filed a Motion for Administrative Relief in the substantially similar first-filed case entitled *Mohanty v. Bassan-Eskenazi, et al.*, Case No. C 07 5101 (SBA), to consider whether this case should be related to that first-filed action, and defendants Morgan Stanley & Co. Incorporated, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Jefferies & Company, Inc., Cowen And Company, LLC, and Thinkequity Partners filed a joinder in that motion on January 3, 2008;

WHEREAS, plaintiff has agreed to give all defendants an extension to respond to the complaint until after the Court rules on plaintiff's contemplated motion to remand, or such other time as the Court orders; and

WHEREAS, by granting this extension, plaintiff does not concede, and indeed contests, that removal of this action was proper, and indeed, believes that the case should have remained in the California Superior Court where it was properly filed under § 11 of the Securities Act and further, intends to move to have the case remanded in a timely manner, and thus, in no way waives any rights to remand the matter.

-1-

STIP. EXTENDING TIME TO RESPOND
CASE NO. 08-22-CRB

1    NOW, THEREFORE, IT IS HEREBY STIPULATED that defendants need not respond
2 to the complaint until after the Court rules on plaintiff's contemplated motion to remand, or such
3 other time as the Court orders.

4 Dated: January 9, 2008                WILSON SONSINI GOODRICH & ROSATI
                                        Professional Corporation

                                        By:      /s/ Keith E. Eggleton
                                             Keith E. Eggleton
                                        Rodney G. Strickland
                                        650 Page Mill Road
                                        Palo Alto, CA  94304
                                        Tel.: (650) 493-9300
                                        Fax: (650) 493-6811

                                        *Counsel for Defendants BigBand Networks, Inc.,
                                        Amir Bassan-Eskenazi, Ran Oz, Frederick Ball,
                                        Gal Israely, Dean Gilbert, Ken Goldman, Lloyd
                                        Carney, Bruce Sachs, Robert Sachs and Geoffrey
                                        Yang*

Dated: January 9, 2008                  COUGHLIN STOIA GELLER RUDMAN &
                                        ROBBINS LLP

                                        By:      /s/ Jeffrey W. Lawrence
                                             Jeffrey W. Lawrence
                                        100 Pine Street, Suite 2600
                                        San Francisco, CA  94111
                                        Tel.: (415) 288-4545
                                        Fax: (415) 288-4534

                                        *Counsel for Plaintiff James Wiltjer*

Dated: January 9, 2008                  ORRICK HERRINGTON & SUTCLIFFE LLP

                                        By:      /s/ Michael C. Tu
                                             Michael C. Tu
                                        777 South Figueroa Street
                                        Suite 3200
                                        Los Angeles, CA  90017-5855
                                        Tel.: (213) 629-2020
                                        Fax: (213) 612-2499
                                        Email: mtu@orrick.com

-2-

STIP. EXTENDING TIME TO RESPOND
CASE NO. 08-22-CRB

| | |
|---|---|
| 1 | Robert P. Varian |
| 2 | ORRICK HERRINGTON & SUTCLIFFE LLP |
|   | 405 Howard Street |
| 3 | San Francisco, CA  94105-2669 |
|   | Tel.: (415) 773-5934 |
| 4 | Fax: (415) 773-5759 |
|   | Email: rvarian@orrick.com |

*Counsel for Defendants Morgan Stanley & Co. Incorporated, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Jefferies & Company, Inc., Cowen and Company, LLC and ThinkEquity Partners LLC*

### **ATTESTATION**

I, Joni Ostler, am the ECF user whose identification and password are being used to file this STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT.  In compliance with General Order 45.X.B, I hereby attest that Keith E. Eggleton, Michael C. Tu and Jeffrey W. Lawrence have all concurred in this filing.

Dated:  January 9, 2008                                WILSON SONSINI GOODRICH & ROSATI
                                                       Professional Corporation


                                                       By:      /s/ Joni Ostler
                                                                   Joni Ostler