1  KEITH E. EGGLETON, State Bar No.159842
   RODNEY G. STRICKLAND, State Bar No. 161934
2  JONI L. OSTLER, State Bar No. 230009
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone:  (650) 493-9300
5  Facsimile:   (650) 565-5100
   Email: keggleton@wsgr.com
6  Email: rstrickland@wsgr.com
   Email: jostler@wsgr.com
7

8  Attorneys for Defendants
   BIGBAND NETWORKS, INC., AMIR BASSAN-
9  ESKENAZI, FREDERICK A. BALL, RAN OZ,
   LLOYD CARNEY, DEAN GILBERT, KENNETH
10 A. GOLDMAN, GAL ISRAELY, BRUCE I.
   SACHS, ROBERT J. SACHS and GEOFFREY Y.
11 YANG

12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15 JAMES WILTJER, On Behalf of Himself and All  )   Case No. 08-22-CRB
   Others Similarly Situated,                  )
16                                              )
            Plaintiff,                          )   **STIPULATION EXTENDING TIME**
17                                              )   **TO RESPOND TO COMPLAINT**
       v.                                       )
18                                              )
   BIGBAND NETWORKS, INC., AMIR BASSAN-         )
19 ESKENAZI, FREDERICK A. BALL, RAN OZ,         )
   LLOYD CARNEY, DEAN GILBERT, KENNETH          )
20 A. GOLDMAN, GAL ISRAELY, BRUCE I.            )
   SACHS, ROBERT J. SACHS, GEOFFREY Y.          )
21 YANG, MORGAN STANLEY & CO.                   )
   INCORPORATED, MERRILL LYNCH, PIERCE,         )
22 FENNER & SMITH INCORPORATED,                 )
   JEFFERIES & COMPANY, INC., COWEN AND         )
23 COMPANY, LLC, THINKEQUITY PARTNERS           )
   LLC and DOES 1-25, inclusive,                )
24                                              )
            Defendants.                         )
25

26

27

28

STIP. EXTENDING TIME TO RESPOND
CASE NO. 08-22-CRB

WHEREAS, on December 3, 2007, plaintiff James Wiltjer filed his complaint in the above-captioned action in the Superior Court of the State of California, County of San Francisco, and on January 2, 2008, all defendants jointly removed this action to this Court;

WHEREAS, plaintiff opposes defendants' removal of this action and intends to file a motion to remand it the California Superior Court;

WHEREAS, pursuant to Federal Rule of Civil Procedure 81(c), defendants' response(s) to the complaint are currently due on January 9, 2008;

WHEREAS, on January 3, 2008 defendants BigBand Networks, Inc., Amir Bassan-Eskenazi, Frederick A. Ball, Ran Oz, Lloyd Carney, Dean Gilbert, Kenneth A. Goldman, Gal Israely, Bruce I. Sachs, Robert J. Sachs and Geoffrey Y. Yang filed a Motion for Administrative Relief in the substantially similar first-filed case entitled *Mohanty v. Bassan-Eskenazi, et al.*, Case No. C 07 5101 (SBA), to consider whether this case should be related to that first-filed action, and defendants Morgan Stanley & Co. Incorporated, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Jefferies & Company, Inc., Cowen And Company, LLC, and Thinkequity Partners filed a joinder in that motion on January 3, 2008;

WHEREAS, plaintiff has agreed to give all defendants an extension to respond to the complaint until after the Court rules on plaintiff's contemplated motion to remand, or such other time as the Court orders; and

WHEREAS, by granting this extension, plaintiff does not concede, and indeed contests, that removal of this action was proper, and indeed, believes that the case should have remained in the California Superior Court where it was properly filed under § 11 of the Securities Act and further, intends to move to have the case remanded in a timely manner, and thus, in no way waives any rights to remand the matter.

-1-

STIP. EXTENDING TIME TO RESPOND
CASE NO. 08-22-CRB

|   |   |   |
|---|---|---|
| 1 | NOW, THEREFORE, IT IS HEREBY STIPULATED that defendants need not respond to the complaint until after the Court rules on plaintiff's contemplated motion to remand, or such other time as the Court orders. | |

Dated: January 9, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____/s/ Keith E. Eggleton_____
      Keith E. Eggleton
Rodney G. Strickland
650 Page Mill Road
Palo Alto, CA 94304
Tel.: (650) 493-9300
Fax: (650) 493-6811

*Counsel for Defendants BigBand Networks, Inc., Amir Bassan-Eskenazi, Ran Oz, Frederick Ball, Gal Israely, Dean Gilbert, Ken Goldman, Lloyd Carney, Bruce Sachs, Robert Sachs and Geoffrey Yang*

Dated: January 9, 2008

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By: _____/s/ Jeffrey W. Lawrence_____
      Jeffrey W. Lawrence
100 Pine Street, Suite 2600
San Francisco, CA 94111
Tel.: (415) 288-4545
Fax: (415) 288-4534

*Counsel for Plaintiff James Wiltjer*

Dated: January 9, 2008

ORRICK HERRINGTON & SUTCLIFFE LLP

By: _____/s/ Michael C. Tu_____
      Michael C. Tu
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017-5855
Tel.: (213) 629-2020
Fax: (213) 612-2499
Email: mtu@orrick.com

Robert P. Varian
ORRICK HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Tel.: (415) 773-5934
Fax: (415) 773-5759
Email: rvarian@orrick.com

*Counsel for Defendants Morgan Stanley & Co. Incorporated, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Jefferies & Company, Inc., Cowen and Company, LLC and ThinkEquity Partners LLC*

### **ATTESTATION**

I, Joni Ostler, am the ECF user whose identification and password are being used to file this STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT. In compliance with General Order 45.X.B, I hereby attest that Keith E. Eggleton, Michael C. Tu and Jeffrey W. Lawrence have all concurred in this filing.

Dated: January 9, 2008                    WILSON SONSINI GOODRICH & ROSATI
                                          Professional Corporation


                                          By:   /s/ Joni Ostler
                                                  Joni Ostler

Janaury 11, 2008

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-3-

STIP. EXTENDING TIME TO RESPOND
CASE NO. 08-22-CRB