| | |
|---|---|
| 1 | KEITH E. EGGLETON, State Bar No.159842 |
| | RODNEY G. STRICKLAND, State Bar No. 161934 |
| 2 | JONI L. OSTLER, State Bar No. 230009 |
| | WILSON SONSINI GOODRICH & ROSATI |
| 3 | Professional Corporation |
| | 650 Page Mill Road |
| 4 | Palo Alto, CA 94304-1050 |
| | Telephone:  (650) 493-9300 |
| 5 | Facsimile:   (650) 565-5100 |
| | Email: keggleton@wsgr.com |
| 6 | Email: rstrickland@wsgr.com |
| | Email: jostler@wsgr.com |
| 7 | |
| | Attorneys for Defendants |
| 8 | BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, FREDERICK A. BALL, RAN OZ, |
| 9 | LLOYD CARNEY, DEAN GILBERT, KENNETH A. GOLDMAN, GAL ISRAELY, BRUCE I. |
| 10 | SACHS, ROBERT J. SACHS and GEOFFREY Y. YANG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES WILTJER, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | Case No. C 08-00022-CRB |
| Plaintiff, | ) ) | **CERTIFICATE OF SERVICE** |
| v. | ) ) | |
| BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, FREDERICK A. BALL, RAN OZ, LLOYD CARNEY, DEAN GILBERT, KENNETH A. GOLDMAN, GAL ISRAELY, BRUCE I. SACHS, ROBERT J. SACHS, GEOFFREY Y. YANG, MORGAN STANLEY & CO. INCORPORATED, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, JEFFERIES & COMPANY, INC., COWEN AND COMPANY, LLC, THINKEQUITY PARTNERS LLC and DOES 1-25, inclusive, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

# CERTIFICATE OF SERVICE

I, Joni Ostler, hereby certify that on January 17, 2008, I served the (a) Order Setting Initial Case Management Conference and ADR Deadlines (which Defendants received from the Court via regular mail on January 16, 2008); (b) Notice of Availability of Magistrate Judge; and (c) a copy of Judge Charles Breyer's Standing Order, on the persons listed below, by causing them to be sent via express mail service for guaranteed next day delivery:

> Darren Jay Robbins
> Ramzi Abadou
> COUGHLIN STOIA GELLER
>   RUDMAN & ROBBINS LLP
> 655 West Broadway, Suite 1900
> San Diego, CA  92101

> Jeffrey W. Lawrence
> COUGHLIN STOIA GELLER
>   RUDMAN & ROBBINS LLP
> 100 Pine Street, Suite 2600
> San Francisco, CA  94111

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed at Palo Alto, California on January 17, 2008.

        /s/ Joni Ostler
Joni Ostler