1  KEITH E. EGGLETON, State Bar No.159842
   RODNEY G. STRICKLAND, State Bar No. 161934
2  JONI L. OSTLER, State Bar No. 230009
   FREEDA LUGO, State Bar No. 244913
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
6  Email: keggleton@wsgr.com
   Email: rstrickland@wsgr.com
7  Email: jostler@wsgr.com
   Email: flugo@wsgr.com
8

9  Attorneys for Defendants
   BIGBAND NETWORKS, INC., AMIR BASSAN-
10 ESKENAZI, FREDERICK A. BALL, RAN OZ,
   LLOYD CARNEY, DEAN GILBERT, KENNETH
11 A. GOLDMAN, GAL ISRAELY, BRUCE I.
   SACHS, ROBERT J. SACHS and GEOFFREY Y.
12 YANG

13

14                  UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16 JAMES WILTJER, On Behalf of Himself and All  )   Case No. 08-22-CRB
   Others Similarly Situated,                   )
17                                              )
                                                )
18            Plaintiff,                         )   **MOTION FOR ADMINISTRATIVE**
                                                )   **RELIEF TO EXTEND TIME FOR**
19      v.                                       )   **DEFENDANTS TO RESPOND TO**
                                                )   **PLAINTIFF'S MOTION TO**
20 BIGBAND NETWORKS, INC., AMIR BASSAN-)         **REMAND**
   ESKENAZI, FREDERICK A. BALL, RAN OZ,   )
21 LLOYD CARNEY, DEAN GILBERT, KENNETH)
   A. GOLDMAN, GAL ISRAELY, BRUCE I.      )
22 SACHS, ROBERT J. SACHS, GEOFFREY Y.    )
   YANG, MORGAN STANLEY & CO.             )
23 INCORPORATED, MERRILL LYNCH, PIERCE, )
   FENNER & SMITH INCORPORATED,           )
24 JEFFERIES & COMPANY, INC., COWEN AND )
   COMPANY, LLC, THINKEQUITY PARTNERS )
25 LLC and DOES 1-25, inclusive,             )
                                                )
26            Defendants.                        )
   _____)

27

28

ADMIN. MOT. TO EXTEND TIME TO RESPOND
CASE NO. 08-22-CRB

1    Pursuant to Civil L.R. 7-11 and Civil L.R. 6-3, and for the reasons set forth below,

2    Defendants BigBand Networks, Inc., Amir Bassan-Eskenazi, Frederick Ball, Ran Oz, Lloyd

3    Carney, Dean Gilbert, Kenneth Goldman, Gal Israely, Bruce Sachs, Robert Sachs, and Geoffrey

4    Yang (collectively, "BigBand Defendants"), respectfully request that the Court grant them a brief,

5    one-week extension of time to file their opposition to Plaintiff's Motion to Remand, from

6    February 1, 2008 to February 8, 2008.  This extension is requested due to the press of business.  A

7    brief extension is also appropriate in light of the BigBand Defendants' *unopposed* Administrative

8    Motion to relate this case to seven other putative securities class actions challenging statements

9    made in connection with BigBand's initial public offering ("IPO") in March 2007.  That

10   Administrative Motion is pending before the Hon. Saundra Brown Armstrong, who is scheduled to

11   hold a conference in the first-filed case on February 5, 2008.   The BigBand Defendants submit the

12   Declaration of Freeda Lugo ("Lugo Decl."), in support of this motion.

13                                    **PROCEDURAL BACKGROUND**

14   **I.       The Various Cases Challenging BigBand's IPO**

15   This case is one of eight putative class action lawsuits filed against BigBand Networks,

16   Inc., certain of its current and former officers and directors, and the underwriters of its IPO.  The

17   eight cases allege that the Defendants issued false and misleading statements, in violation of the

18   federal securities laws, in the registration statement and prospectus for BigBand's March 2007

19   IPO and thereafter.

20   The first-filed of the eight cases, *Mohanty v. Bassan-Eskenazi*, No. C 07-5101-SBA (the

21   "*Mohanty* Action"), was filed on October 3, 2007, and was assigned to Judge Armstrong.[1]  *See*

22

23   ---

[1]  The other cases are: *Koesterer v. BigBand Networks, Inc.*, No. C 07-5168-MMC (filed Oct. 9, 2007); *Winston v. BigBand Networks, Inc.*, No. C 07-5327-MMC (filed Oct. 18, 2007); *Smith v. BigBand Networks, Inc.,* No. C 07-5361-SI (filed Oct. 19, 2007); *Luzon v. BigBand Networks*, No. C 07-5637-WHA (filed Nov. 6, 2007); *Bernstein v. BigBand Networks, Inc.*, No. C 07-05819-CRB (filed Nov. 15, 2007); and *Hammer v. BigBand Networks, Inc.*, No. C 07-5825-SI (filed Nov. 16, 2007).  On November 21, 2007, the parties to each of these actions filed a stipulation and [Proposed] Order requesting consolidation of the multiple actions and agreeing that Defendants are not obligated to respond to any of the pending complaints until Judge Armstrong appoints a lead plaintiff and a consolidated complaint is filed by the appointed lead plaintiff.  *See* Stipulation and [Proposed] Order Regarding Consolidation and Scheduling, filed November 21, 2007, in the *Mohanty* Action.

24

25

26

27

28

ADMIN. MOT. TO EXTEND TIME TO RESPOND
CASE NO. 08-22-CRB

Lugo Decl. Ex. 1 (docket sheet for *Mohanty* Action).  On December 3, 2007, two motions for

consolidation and appointment as lead plaintiff were filed in the *Mohanty* Action.  *See* Lugo Decl.

Ex. 1 (Docket Nos. 12, 15).  Those motions are scheduled to be heard by Judge Armstrong on

February 5, 2008.  A case management conference in the *Mohanty* Action is scheduled for the

same day. *See id.* (Docket Nos. 21, 27).

## II.    The Instant Action and the BigBand Defendants' Administrative Motion to Relate Cases

Counsel for Plaintiff initially filed a federal action on behalf of Ellen Brodsky, also

challenging statements made in connection with BigBand's IPO.  *Brodsky v. BigBand Networks,*

*Inc.*, No. C 07-5141-MHP (filed Oct. 5, 2007).  Brodsky's certificate of BigBand holdings, filed as

required by the Private Securities Litigation Reform Act (the "Reform Act"), shows that she held

400 BigBand shares.  *See Brodsky v. BigBand Networks, Inc.*, No C 07-5141-MHP, Doc. No. 1.

Other plaintiffs, however, held larger stakes in BigBand.  *See, e.g.*, *Mohanty v. BigBand Networks,*

*Inc.*, No. C 07-5010-SBA, Doc. No. 1 (7715 shares purchased).  Brodsky voluntarily dismissed

her complaint on October 25, 2007.

On December 3, 2007, Brodsky's counsel filed the instant action on behalf of Plaintiff

James Wiltjer, this time in the Superior Court for the State of California, County of San Francisco.

The action again challenges statements made in connection with BigBand's IPO, asserting claims

under the federal securities laws.  Plaintiff names the same defendants as in the *Mohanty* Action.

Having filed in state court, Plaintiff did not certify his BigBand holdings under the Reform Act.

On January 2, 2008, all Defendants removed the action to this Court.  On January 3, 2008,

the BigBand Defendants filed a Motion for Administrative Relief to Consider Whether Cases

Should Be Related, to relate this case to the *Mohanty* Action.  *See* Lugo Decl. Ex. 2

(Administrative Motion).  Pursuant to this Court's Local Civil Rules, the motion was filed in the

*Mohanty* Action and served on Plaintiff's counsel and the underwriter defendants' counsel.  On

January 4, 2008, the underwriter defendants joined in the motion.  Plaintiff did not oppose the

motion, and the time for opposing has run.  *See* Lugo Decl. Ex. 1.

ADMIN. MOT. TO EXTEND TIME TO RESPOND
CASE NO. 08-22-CRB

The Administrative Motion to relate this action to the *Mohanty* Action will likely be ruled on either at or before the February 5, 2008 hearing and case management conference before Judge Armstrong.

**III.    Plaintiff's Motion to Remand**

On January 18, 2008, Plaintiff filed a Motion to Remand this case to state court, and noticed the motion for hearing before this Court on February 22, 2008.  Plaintiff did not consult with the BigBand Defendants prior to filing the motion or setting the hearing date.  The BigBand Defendants' opposition is currently due February 1, 2008.

**DEFENDANTS' REQUEST FOR A BRIEF EXTENSION OF TIME
TO OPPOSE PLAINTIFF'S MOTION TO REMAND SHOULD BE GRANTED**

The BigBand Defendants respectfully request a brief, one-week extension of time to complete their opposition papers to Plaintiff's remand motion.  The request is made due to the press of business.  No prior extension of time has been sought.

A brief extension of time is particularly appropriate here, given the pending, unopposed motion to relate this case to the *Mohanty* Action.  That motion will likely be ruled on by February 5, 2008.  Should the motion be granted, the current hearing date for Plaintiff's Motion to Remand (February 22, 2008) would be vacated.

The BigBand Defendants sought Plaintiff's consent to this extension request.  Plaintiff refused.  Lugo Decl. Ex. 3.  Plaintiff, however, cannot claim any real prejudice from the brief extension request of one week.  At most, the hearing on Plaintiff's remand motion would be delayed by one week.  (The hearing, however, may be delayed in any event in light of the BigBand Defendants' unopposed Administrative Motion for related case treatment.)

Accordingly, Defendants request that the Court extend the due date for Defendants' opposition to Plaintiff's Motion to Remand to February 8, 2008.  In light of this request, the Court may wish to move the February 22, 2008 hearing on Plaintiff's Motion to Remand to

1  February 29, 2008 or a later date (or remove it from the Court's calendar if this case is deemed

2  related to the *Mohanty* Action).

3  Dated:  January 28, 2008                    WILSON SONSINI GOODRICH & ROSATI
                                               Professional Corporation
4

5

6                                             By: _____/s/ Keith E. Eggleton_____
                                                      Keith E. Eggleton
7                                             650 Page Mill Road
                                              Palo Alto, CA  94304
8                                             Tel.: (650) 493-9300
                                              Fax: (650) 493-6811

9                                             *Counsel for Defendants BigBand Networks, Inc.,*
                                              *Amir Bassan-Eskenazi, Ran Oz, Frederick Ball,*
10                                            *Gal Israely, Dean Gilbert, Ken Goldman, Lloyd*
                                              *Carney, Bruce Sachs, Robert Sachs and Geoffrey*
11                                            *Yang*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

1    I, Freeda Lugo, as counsel for defendants BigBand Networks, Inc., Amir Bassan-Eskenazi,

2  Frederick A. Ball, Ran Oz, Lloyd Carney, Dean Gilbert, Kenneth A. Goldman, Gal Israely, Bruce

3  I. Sachs, Robert J. Sachs, and Geoffrey Y. Yang, am the ECF User whose identification and

4  password are being used to file the Motion for Administrative Relief to Extend Time for

5  Defendants to respond to Plaintiff's Motion to Remand.  In compliance with General Order

6  45.X.B., I hereby attest that Keith E. Eggleton has concurred in this filing.

7

8  Dated:  January 28, 2008            WILSON SONSINI GOODRICH & ROSATI

9                                       Professional Corporation

10

11                                     By:  _____ /s/ Freeda Lugo _____

12                                            Freeda Lugo

1  KEITH E. EGGLETON, State Bar No.159842
   RODNEY G. STRICKLAND, State Bar No. 161934
2  JONI L. OSTLER, State Bar No. 230009
   FREEDA LUGO, State Bar No. 244913
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone:  (650) 493-9300
   Facsimile:  (650) 565-5100
6  Email: keggleton@wsgr.com
   Email: rstrickland@wsgr.com
7  Email: jostler@wsgr.com
   Email: flugo@wsgr.com
8

9  Attorneys for Defendants
   BIGBAND NETWORKS, INC., AMIR BASSAN-
10 ESKENAZI, FREDERICK A. BALL, RAN OZ,
   LLOYD CARNEY, DEAN GILBERT, KENNETH
11 A. GOLDMAN, GAL ISRAELY, BRUCE I.
   SACHS, ROBERT J. SACHS and GEOFFREY Y.
12 YANG

13                UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15
                                              )
16 JAMES WILTJER, On Behalf of Himself and All )  Case No. 08-22-CRB
   Others Similarly Situated,                 )
17                                            )
                  Plaintiff,                  )  **[PROPOSED] ORDER GRANTING**
18                                            )  **MOTION FOR ADMINISTRATIVE**
         v.                                   )  **RELIEF TO EXTEND TIME FOR**
19                                            )  **DEFENDANTS TO RESPOND TO**
   BIGBAND NETWORKS, INC., AMIR BASSAN-)         **PLAINTIFF'S MOTION TO**
20 ESKENAZI, FREDERICK A. BALL, RAN OZ,       )  **REMAND**
   LLOYD CARNEY, DEAN GILBERT, KENNETH)
21 A. GOLDMAN, GAL ISRAELY, BRUCE I.          )
   SACHS, ROBERT J. SACHS, GEOFFREY Y.        )
22 YANG, MORGAN STANLEY & CO.                 )
   INCORPORATED, MERRILL LYNCH, PIERCE,)
23 FENNER & SMITH INCORPORATED,               )
   JEFFERIES & COMPANY, INC., COWEN AND )
24 COMPANY, LLC, THINKEQUITY PARTNERS )
   LLC and DOES 1-25, inclusive,             )
25                                            )
                  Defendants.                 )
26 _____)

27

28

---

1    Upon the Motion for Administrative Relief to Extend Time for Defendants to Respond to

2    Plaintiff's Motion to Remand Pursuant to Civil L.R. 7-11 and Civil L.R. 6-3, and good cause

3    appearing, the Court hereby ORDERS as follows:

4    Defendants shall have until February 8, 2008 to respond to Plaintiff's Motion to Remand.

5    Plaintiff's Motion to Remand shall be heard on _____, 2008.

6    IT IS SO ORDERED.

7

8    Dated: _____        _____
                                         THE HONORABLE CHARLES R. BREYER
9                                        UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28