ROBERT P. VARIAN (State Bar No. 107459)
REBECCA F. LUBENS (State Bar No. 240683)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:     (415) 773-5759
Emails:        rvarian@orrick.com
               rlubens@orrick.com

MICHAEL C. TU (State Bar No. 186793)
TEODORA E. MANOLOVA (State Bar No. 233333)
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Telephone:     (213) 629-2020
Facsimile:     (213) 612-2499
Emails:        mtu@orrick.com
               tmanolova@orrick.com

Attorneys for Defendants
Morgan Stanley & Co. Incorporated, Merrill Lynch, Pierce,
Fenner & Smith Incorporated, Jefferies & Company, Inc.,
Cowen & Company, LLC and ThinkEquity Partners LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES WILTJER, On Behalf of Himself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   v.<br><br>BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, FREDERICK A. BALL, RAN OZ, LLOYD CARNEY, DEAN GILBERT, KENNETH A. GOLDMAN, GAL ISRAELY, BRUCE I. SACHS, ROBERT J. SACHS, GEOFFREY Y. YANG, MORGAN STANLEY & CO. INCORPORATED, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, JEFFERIES & COMPANY, INC., COWEN AND COMPANY, LLC, THINKEQUITY PARTNERS LLC and DOES 1-25, inclusive,<br><br>        Defendants. | Case No. 08-CV-22 CRB<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF THE UNDERWRITER DEFENDANTS' NON OPPOSITION TO THE BIG BAND DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO REMAND** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** defendants Morgan Stanley & Co. Incorporated, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Jefferies & Company, Inc., Cowen & Company, LLC and ThinkEquity Partners LLC do not oppose the *Motion for Administrative Relief To Extend Time For Defendants To Respond To Plaintiff's Motion To Remand* filed on January 28, 2008 by defendants BigBand Networks, Inc., Amir Bassan-Eskenazi, Ran Oz, Frederick A. Ball, Gal Israely, Dean Gilbert, Kenneth A. Goldman, Lloyd Carney, Bruce I. Sachs, Robert J. Sachs, and Geoffrey Y. Yang.

Dated: January 28, 2008

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Michael C. Tu*
Michael C. Tu

Attorneys for Defendants
Morgan Stanley & Co. Incorporated, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Jefferies & Company, Inc., Cowen & Company, LLC and ThinkEquity Partners LLC

OHS West:260375363.1

- 1 -

NOTICE OF OF NON OPPOSITION TO ADMINISTRATIVE MOTION
(Case No. 08-CV-22 CRB)