KEITH E. EGGLETON, State Bar No.159842
RODNEY G. STRICKLAND, State Bar No. 161934
JONI L. OSTLER, State Bar No. 230009
FREEDA LUGO, State Bar No. 244913
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
Email: keggleton@wsgr.com
Email: rstrickland@wsgr.com
Email: jostler@wsgr.com
Email: flugo@wsgr.com

Attorneys for Defendants
BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, FREDERICK A. BALL, RAN OZ, LLOYD CARNEY, DEAN GILBERT, KENNETH A. GOLDMAN, GAL ISRAELY, BRUCE I. SACHS, ROBERT J. SACHS and GEOFFREY Y. YANG

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILTJER, On Behalf of Himself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, FREDERICK A. BALL, RAN OZ, LLOYD CARNEY, DEAN GILBERT, KENNETH A. GOLDMAN, GAL ISRAELY, BRUCE I. SACHS, ROBERT J. SACHS, GEOFFREY Y. YANG, MORGAN STANLEY & CO. INCORPORATED, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, JEFFERIES & COMPANY, INC., COWEN AND COMPANY, LLC, THINKEQUITY PARTNERS LLC and DOES 1-25, inclusive,<br><br>        Defendants. | Case No. 08-22-CRB<br><br>**DECLARATION OF FREEDA LUGO IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO REMAND** |

LUGO DECL. ISO ADMIN. MOT. FOR ADMIN. RELIEF
CASE NO. 08-22-CRB

I, Freeda Yllana Lugo, declare as follows:

I am an attorney associated with the law firm of Wilson Sonsini Goodrich & Rosati, Professional Corporation, attorneys for Defendants Amir Bassan-Eskenazi, Frederick A. Ball, Ran Oz, Lloyd Carney, Dean Gilbert, Kenneth A. Goldman, Gal Israely, Bruce I. Sachs, Robert J. Sachs, Geoffrey Y. Yang, and BigBand Networks, Inc. (collectively, the "BigBand Defendants"), in this action. I am admitted to practice before the courts of the State of California. I submit this declaration in support of the BigBand Defendants' Motion for Administrative Relief to Extend Time For Defendants to Respond to Plaintiff's Motion to Remand, filed concurrently herewith. I have personal knowledge of the facts set forth in this declaration and can testify competently to those facts.

1. Attached herewith as Exhibit 1 is a copy of the docket sheet in *Mohanty v. BigBand Networks*, C 07-5101-SBA.

2. Attached herewith as Exhibit 2 is a copy of the unopposed Motion for Administrative Relief to Consider Whether Cases Should Be Related, filed in the *Mohanty* Action and served on Plaintiff, on January 3, 2008.

3. Attached herewith as Exhibit 3 are copies of correspondence related to the BigBand Defendants' request for Plaintiff's consent to this Administrative Motion for Extension of Time.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed in Palo Alto, California on January 28, 2008.

/s/   Freeda Y. Lugo
Freeda Lugo

LUGO DECL. ISO ADMIN. MOT. FOR ADMIN. RELIEF
CASE NO. 08-22-CRB

1

ADRMOP, E–Filing

# U.S. District Court
# California Northern District (Oakland)
## CIVIL DOCKET FOR CASE #: 4:07–cv–05101–SBA

Mohanty v. Bassan–Eskenazi et al  
Assigned to: Hon. Saundra Brown Armstrong  
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 10/03/2007  
Jury Demand: Plaintiff  
Nature of Suit: 850 Securities/Commodities  
Jurisdiction: Federal Question

**Plaintiff**

**Bikash Mohan Mohanty**  
*Individually And On Behalf of All Others Similarly Situated*

represented by **Reed R. Kathrein**  
Hagens Berman Sobol Shapiro LLP  
715 Hearst Avenue, Suite 202  
Berkeley, CA 94710  
(510) 725–3000  
Fax: (510) 725–3001  
Email: reed@hbsslaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Lewis Stephen Kahn**  
Kahn Gauthier Law Group, LLC  
650 Poydras St.  
Suite 2150  
New Orleans, LA 70130  
504–455–1400  
Fax: 504–455–1498  
Email: lewis.kahn@kglg.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Abrena Winston**

represented by **Alan Roth Plutzik**  
Schiffrin Barroway Topaz &Kessler LLP  
2125 Oak Grove Road  
Suite 120  
Walnut Creek, CA 94598  
(925) 945–0200  
Fax: 925–945–8792  
Email: aplutzik@bramsonplutzik.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Amir Bassan–Eskenazi**

represented by **Joni L. Ostler**  
Wilson Sonsini Goodrich &Rosati  
650 Page Mill Road  
Palo Alto, CA 94304  
650–493–9300  
Fax: 650–565–5100  
Email: jostler@wsgr.com  
*ATTORNEY TO BE NOTICED*

**Rodney Grant Strickland, Jr.**  
Wilson Sonsini Goodrich &Rosati  
650 Page Mill Road  
Palo Alto, CA 94304  
(650) 493–9300  
Email: rstrickland@wsgr.com

*ATTORNEY TO BE NOTICED*

**Defendant**

**Ran Oz**      represented by    **Joni L. Ostler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rodney Grant Strickland, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Frederick Ball**      represented by    **Joni L. Ostler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rodney Grant Strickland, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gal Israely**      represented by    **Joni L. Ostler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rodney Grant Strickland, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dean Gilbert**      represented by    **Joni L. Ostler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rodney Grant Strickland, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ken Goldman**      represented by    **Joni L. Ostler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rodney Grant Strickland, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lloyd Carney**      represented by    **Joni L. Ostler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rodney Grant Strickland, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bruce Sachs**      represented by    **Joni L. Ostler**
(See above for address)
*ATTORNEY TO BE NOTICED*

|  |  | **Rodney Grant Strickland, Jr.**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Defendant**

**Robert Sachs**      represented by      **Joni L. Ostler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rodney Grant Strickland, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Geoffrey Yang**      represented by      **Joni L. Ostler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rodney Grant Strickland, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Morgan Stanley &Co, Inc.**      represented by      **Michael Carl Tu**
Orrick Herrington &Sutcliffe LLP
777 S. Figueroa St., Ste 3200
Los Angeles, CA 90017
213–629–2020
Fax: 213–612–2499
Email: mtu@orrick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P. Cusick**
Orrick Herrington &Sutcliffe, LLP
666 Fifth Avenue
New York, NY 10103–001
212–506–3705
Fax: 212–506–5151
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Merrill Lynch Pierce Fenner &Smith, Inc.**      represented by      **Michael Carl Tu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P. Cusick**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jeffries &Co Inc**      represented by      **Michael Carl Tu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P. Cusick**
(See above for address)
*PRO HAC VICE*

ATTORNEY TO BE NOTICED

**Defendant**

**Thinkequity Partners, LLC**     represented by    **Michael Carl Tu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P. Cusick**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bigband Networks, Inc.**     represented by    **Joni L. Ostler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rodney Grant Strickland, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cowen &Co., Inc.**     represented by    **Michael Carl Tu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P. Cusick**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Movant**

**Sphera Fund**     represented by    **Michael M. Goldberg**
Glancy &Binkow LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
310/201−9150
Fax: (310) 201−9160
Email: info@glancylaw.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Gwyn Jones**     represented by    **Reed R. Kathrein**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/25/2008 | 44 | Proposed Order *Granting the Administrative Motion of Gwyn Jones to File a Sur−Reply in Response to Newly Raised Arguments of Sphera Fund, Pursuant to Local Rule 7−11* by Gwyn Jones. (Kathrein, Reed) (Filed on 1/25/2008) (Entered: 01/25/2008) |
| 01/25/2008 | 43 | MOTION for Leave to File *Administrative Motion of Gwyn Jones to File a Sur−Reply in Response to Newly Raised Arguments of Sphera Fund Pursuant to Local Rule 7−11* filed by Gwyn Jones. (Attachments: # 1 Exhibit A)(Kathrein, Reed) (Filed on 1/25/2008) (Entered: 01/25/2008) |

| | | |
|---|---|---|
| 01/25/2008 | 42 | CASE MANAGEMENT STATEMENT *Defendants' Statement Regarding Case Management Conference* filed by Ken Goldman, Lloyd Carney, Bruce Sachs, Robert Sachs, Geoffrey Yang, Bigband Networks, Inc., Amir Bassan−Eskenazi, Ran Oz, Frederick Ball, Gal Israely, Dean Gilbert. (Ostler, Joni) (Filed on 1/25/2008) (Entered: 01/25/2008) |
| 01/22/2008 | 41 | Declaration of Adam Gauthier *in Further Support of Motion of Sphera Fund for Appointment as Lead Plaintiff and Approval of Co−Lead Counsel* filed bySphera Fund. (Goldberg, Michael) (Filed on 1/22/2008) (Entered: 01/22/2008) |
| 01/22/2008 | 40 | Declaration of Ron Senator *in Further Support of Motion of Sphera Fund for Appointment as Lead Plaintiff and Approval of Co−Lead Counsel* filed bySphera Fund. (Goldberg, Michael) (Filed on 1/22/2008) (Entered: 01/22/2008) |
| 01/22/2008 | 39 | Reply Memorandum re 15 MOTION to Appoint Lead Plaintiff and Lead Counsel *and for Consolidation of Related Actions;Memorandum of Points &Authorities in Support Thereof Reply Memorandum in Further Support of Motion of Sphera Fund for Appointment of Lead Plaintiff and Approval of Co−Lead Counsel* filed bySphera Fund. (Goldberg, Michael) (Filed on 1/22/2008) (Entered: 01/22/2008) |
| 01/22/2008 | 38 | CERTIFICATE of Counsel *Reed R. Kathrein Pursuant to Local Rule 3−7(d)* by Reed R. Kathrein on behalf of Bikash Mohan Mohanty (Kathrein, Reed) (Filed on 1/22/2008) (Entered: 01/22/2008) |
| 01/22/2008 | 37 | Declaration of Reed R. Kathrein *in Support of Gwyn Jones' Reply to the Sphera Fund's Opposition to His Motion to Appoint Lead Plaintiff* filed byGwyn Jones. (Attachments: # 1 Exhibit A)(Kathrein, Reed) (Filed on 1/22/2008) (Entered: 01/22/2008) |
| 01/22/2008 | 36 | Reply Memorandum in Support re *Gwyn Jones' Motion to Appoint Lead Plaintiff and in Response to Sphera Fund's Opposition to Jones' Motion* filed by Gwyn Jones. (Kathrein, Reed) (Filed on 1/22/2008) Modified on 1/23/2008 (jlm, COURT STAFF). (Entered: 01/22/2008) |
| 01/15/2008 | 35 | Memorandum in Support re 12 *Motion to Consolidate Cases, Motion to Appoint Lead Plaintiff and Lead Counsel* filed by Sphera Fund. (Goldberg, Michael) (Filed on 1/15/2008) Modified on 1/16/2008 (jlm, COURT STAFF). (Entered: 01/15/2008) |
| 01/15/2008 | 34 | NOTICE of 33 *Response* filed by Ken Goldman, Lloyd Carney, Bruce Sachs, Robert Sachs, Geoffrey Yang, Bigband Networks, Inc., Amir Bassan−Eskenazi, Ran Oz, Frederick Ball, Gal Israely, Dean Gilbert (Ostler, Joni) (Filed on 1/15/2008) Modified on 1/16/2008 (jlm, COURT STAFF). (Entered: 01/15/2008) |
| 01/15/2008 | 33 | Response re 15 *Motion to Appoint Lead Plaintiff and Lead Counsel and for Consolidation of Related Actions; Memorandum of Points &Authorities in Support Thereof* , 12 *Motion to Consolidate Cases, Motion to Appoint Lead Plaintiff and Lead Counsel filed by Ken Goldman, Lloyd Carney, Bruce Sachs, Robert Sachs, Geoffrey Yang, Bigband Networks, Inc., Amir Bassan−Eskenazi, Ran Oz, Frederick Ball, Gal Israely, Dean Gilbert. (Strickland, Rodney) (Filed on 1/15/2008) Modified on 1/16/2008 (jlm, COURT STAFF). (Entered: 01/15/2008)* |
| 01/15/2008 | 32 | Declaration of Reed R. Kathrein in Support of 31 Memorandum in Opposition to the Motion of the Sphera Fund to Appoint Lead Plaintiff filed by Gwyn Jones. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Kathrein, Reed) (Filed on 1/15/2008) Modified on 1/16/2008 (jlm, COURT STAFF). (Entered: 01/15/2008) |
| 01/15/2008 | 31 | Memorandum in Opposition *to the Motion of the Sphera Fund to Appoint Lead Plaintiff* filed byGwyn Jones. (Kathrein, Reed) (Filed on 1/15/2008) (Entered: 01/15/2008) |
| 01/10/2008 | 30 | ORDER by Judge Saundra Brown Armstrong GRANTING 28 Motion for Pro Hac Vice for James P. Cusick (jlm, COURT STAFF) (Filed on 1/10/2008) (Entered: 01/10/2008) |

| | | |
|---|---|---|
| 01/08/2008 | 27 | CLERK'S NOTICE Case Management Conference set for 2/5/2008 01:00 PM. (lrc, COURT STAFF) (Filed on 1/8/2008) (Entered: 01/08/2008) |
| 01/07/2008 | 29 | CERTIFICATE OF SERVICE by Morgan Stanley &Co, Inc., Merrill Lynch Pierce Fenner &Smith, Inc., Jeffries &Co Inc, Thinkequity Partners, LLC, Cowen &Co., Inc. re 28 MOTION for leave to appear in Pro Hac Vice for James P. Cusick ( Filing fee $ 210, receipt number 44611001680.) MOTION for leave to appear in Pro Hac Vice for James P. Cusick ( Filing fee $ 210, receipt number 44611001680.), Received Order, (jlm, COURT STAFF) (Filed on 1/7/2008) (Entered: 01/09/2008) |
| 01/07/2008 | | Received Order re 28 MOTION for leave to appear in Pro Hac Vice for James P. Cusick ( Filing fee $ 210, receipt number 44611001680.) MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210, receipt number 44611001680.) by Morgan Stanley &Co, Inc., Merrill Lynch Pierce Fenner &Smith, Inc., Jeffries &Co Inc, Thinkequity Partners, LLC, Cowen &Co., Inc.. (jlm, COURT STAFF) (Filed on 1/7/2008) (Entered: 01/09/2008) |
| 01/07/2008 | 28 | MOTION for leave to appear in Pro Hac Vice for James P. Cusick ( Filing fee $ 210, receipt number 44611001680.) filed by Morgan Stanley &Co, Inc., Merrill Lynch Pierce Fenner &Smith, Inc., Jeffries &Co Inc, Thinkequity Partners, LLC, Cowen &Co., Inc.. (jlm, COURT STAFF) (Filed on 1/7/2008) (Entered: 01/09/2008) |
| 01/04/2008 | 26 | Certificate of Interested Entities by Morgan Stanley &Co, Inc., Merrill Lynch Pierce Fenner &Smith, Inc., Jeffries &Co Inc, Thinkequity Partners, LLC, Cowen &Co., Inc. (Tu, Michael) (Filed on 1/4/2008) (Entered: 01/04/2008) |
| 01/04/2008 | 25 | Joinder re 24 MOTION to Relate Case *Motion for Administrative Relief to Consider Whether Cases Should be Related and Notice of Joinder* by Morgan Stanley &Co, Inc., Merrill Lynch Pierce Fenner &Smith, Inc., Jeffries &Co Inc, Thinkequity Partners, LLC, Cowen &Co., Inc.. (Tu, Michael) (Filed on 1/4/2008) (Entered: 01/04/2008) |
| 01/03/2008 | 24 | >Motion for Administrative Relief to Consider Whether Cases Should be Related filed by Ken Goldman, Lloyd Carney, Bruce Sachs, Robert Sachs, Geoffrey Yang, Bigband Networks, Inc., Amir Bassan−Eskenazi, Ran Oz, Frederick Ball, Gal Israely, Dean Gilbert. (Ostler, Joni) (Filed on 1/3/2008) Modified on 1/4/2008 (kk, COURT STAFF). (Entered: 01/03/2008) |
| 12/05/2007 | | Set/Reset Deadlines as to 15 MOTION to Appoint Lead Plaintiff and Lead Counsel *and for Consolidation of Related Actions;Memorandum of Points &Authorities in Support Thereof*. Motion Hearing set for 2/5/2008 01:00 PM in Courtroom 3, 3rd Floor, Oakland. (jlm, COURT STAFF) (Filed on 12/5/2007) (Entered: 12/06/2007) |
| 12/05/2007 | 23 | CERTIFICATE OF SERVICE by Sphera Fund re 22 MOTION to Appoint Lead Plaintiff and Lead Counsel *Renotice of Motion of Sphera Fund for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Co−Lead Counsel* (Goldberg, Michael) (Filed on 12/5/2007) (Entered: 12/05/2007) |
| 12/05/2007 | 22 | Renotice of Motion re 15 *Motion to Appoint Lead Plaintiff and Lead Counsel* filed by Sphera Fund. Motion Hearing set for 2/5/2008 01:00 PM in Courtroom 3, 3rd Floor, Oakland. (Goldberg, Michael) (Filed on 12/5/2007) Modified on 12/6/2007 (jlm, COURT STAFF). (Entered: 12/05/2007) |
| 12/04/2007 | | Set/Reset Deadlines as to 12 *Motion to Consolidate Cases, Motion to Appoint Lead Plaintiff and Lead Counsel* Motion Hearing set for 2/5/2008 01:00 PM in Courtroom 3, 3rd Floor, Oakland. (jlm, COURT STAFF) (Filed on 12/4/2007) (Entered: 12/05/2007) |
| 12/04/2007 | 21 | Renotice of Motion re 12 *Motion for Consolidation, to Appoint Gwyn Jones Lead Plaintiff and to Approve Proposed Lead Plaintiff's Selection of Counsel* Motion hearing set for 02/05/08 at 1:00 PM by Bikash Mohan Mohanty (Kathrein, Reed) (Filed on 12/4/2007) Modified on 12/5/2007 (jlm, COURT STAFF). Modified on 12/5/2007 (jlm, COURT STAFF). (Entered: 12/04/2007) |

| | | |
|---|---|---|
| 12/04/2007 | 20 | CORRECTED CERTIFICATE OF SERVICE by Sphera Fund re 15 *Motion to Appoint Lead Plaintiff and Lead Counsel and for Consolidation of Related Actions;Memorandum of Points &Authorities in Support Thereof* (Goldberg, Michael) (Filed on 12/4/2007) Modified on 12/5/2007 (jlm, COURT STAFF). (Entered: 12/04/2007) |
| 12/03/2007 | 19 | CERTIFICATE OF SERVICE by Sphera Fund re 15 MOTION to Appoint Lead Plaintiff and Lead Counsel *and for Consolidation of Related Actions;Memorandum of Points &Authorities in Support Thereof* **[Counsel did not present papers as required by Civil L.R. 3–4(a)(1))]** (Goldberg, Michael) (Filed on 12/3/2007) Modified on 12/4/2007 (jlm, COURT STAFF). Modified on 1/2/2008 (jlm, COURT STAFF). (Entered: 12/03/2007) |
| 12/03/2007 | 18 | Proposed Order re 15 MOTION to Appoint Lead Plaintiff and Lead Counsel *and for Consolidation of Related Actions;Memorandum of Points &Authorities in Support Thereof* by Sphera Fund. (Goldberg, Michael) (Filed on 12/3/2007) (Entered: 12/03/2007) |
| 12/03/2007 | 17 | EXHIBITS A–E re 16 *Declaration of Lionel Z. Glancy in Support of Motion of Sphera Fund for Consolidation, Appointment as Lead Plaintiff and Approval of Lead Counsel* filed by Sphera Fund. (Related document(s) 16 ) (Goldberg, Michael) (Filed on 12/3/2007) Modified on 12/4/2007 (jlm, COURT STAFF). (Entered: 12/03/2007) |
| 12/03/2007 | 16 | Declaration of Lionel Z. Glancy in Support of 15 MOTION to Appoint Lead Plaintiff and Lead Counsel *and for Consolidation of Related Actions;Memorandum of Points &Authorities in Support Thereof* filed bySphera Fund. (Related document(s) 15 ) (Goldberg, Michael) (Filed on 12/3/2007) (Entered: 12/03/2007) |
| 12/03/2007 | 15 | MOTION to Appoint Lead Plaintiff and Lead Counsel *and for Consolidation of Related Actions;Memorandum of Points &Authorities in Support Thereof* filed by Sphera Fund. Motion Hearing set for 1/8/2008 01:00 PM in Courtroom 3, 3rd Floor, Oakland. (Goldberg, Michael) (Filed on 12/3/2007) (Entered: 12/03/2007) |
| 12/03/2007 | 14 | Proposed Order *Granting the Motion to Consolidate, to Appoint Gwyn Jones Lead Plaintiff and to Approve Proposed Lead Plaintiff's Selection of Counsel* by Bikash Mohan Mohanty. (Kathrein, Reed) (Filed on 12/3/2007) (Entered: 12/03/2007) |
| 12/03/2007 | 13 | Declaration of Reed R. Kathrein *in Support of the Motion to Consolidate, to Appoint Gwyn Jones Lead Plaintiff and to Approve Proposed Lead Plaintiff's Selection of Counsel* filed byBikash Mohan Mohanty. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Kathrein, Reed) (Filed on 12/3/2007) (Entered: 12/03/2007) |
| 12/03/2007 | 12 | MOTION to Consolidate Cases, MOTION to Appoint Lead Plaintiff and Lead Counsel *Memorandum of Points and Authorities in Support Thereof* filed by Bikash Mohan Mohanty. Motion Hearing set for 1/22/2008 01:00 PM in Courtroom 3, 3rd Floor, Oakland. (Kathrein, Reed) (Filed on 12/3/2007) (Entered: 12/03/2007) |
| 11/21/2007 | 11 | STIPULATION *and [Proposed] Order Regarding Consolidation and Scheduling* by Ken Goldman, Lloyd Carney, Bruce Sachs, Robert Sachs, Geoffrey Yang, Bigband Networks, Inc., Amir Bassan–Eskenazi, Ran Oz, Frederick Ball, Gal Israely, Dean Gilbert. (Ostler, Joni) (Filed on 11/21/2007) (Entered: 11/21/2007) |
| 11/21/2007 | 10 | Certificate of Interested Entities by Ken Goldman, Lloyd Carney, Bruce Sachs, Robert Sachs, Geoffrey Yang, Bigband Networks, Inc., Amir Bassan–Eskenazi, Ran Oz, Frederick Ball, Gal Israely, Dean Gilbert *Disclosure Statement and Certification of Interested Entities or Persons (F.R.Civ.P. 7.1) (N.D.L.R. 3–16)* (Ostler, Joni) (Filed on 11/21/2007) (Entered: 11/21/2007) |
| 11/16/2007 | 9 | SUMMONS Returned Executed by Bikash Mohan Mohanty. Jeffries &Co Inc served on 11/7/2007, answer due 11/27/2007; Cowen &Co., Inc. served on 11/7/2007, answer due 11/27/2007. (Kathrein, Reed) (Filed on 11/16/2007) (Entered: 11/16/2007) |

| | | |
|---|---|---|
| 11/02/2007 | 8 | SUMMONS Returned Executed and WAIVER OF SERVICE Returned Executed filed by Bikash Mohan Mohanty. Service waived by Ken Goldman waiver sent on 10/16/2007, answer due 12/17/2007; Lloyd Carney waiver sent on 10/16/2007, answer due 12/17/2007; Bruce Sachs waiver sent on 10/16/2007, answer due 12/17/2007; Robert Sachs waiver sent on 10/16/2007, answer due 12/17/2007; Geoffrey Yang waiver sent on 10/16/2007, answer due 12/17/2007; Bigband Networks, Inc. waiver sent on 10/16/2007, answer due 12/17/2007; Amir Bassan−Eskenazi waiver sent on 10/16/2007, answer due 12/17/2007; Ran Oz waiver sent on 10/16/2007, answer due 12/17/2007; Frederick Ball waiver sent on 10/16/2007, answer due 12/17/2007; Gal Israely waiver sent on 10/16/2007, answer due 12/17/2007; Dean Gilbert waiver sent on 10/16/2007, answer due 12/17/2007. (Kathrein, Reed) (Filed on 11/2/2007) Modified on 11/5/2007 (jlm, COURT STAFF). (Entered: 11/02/2007) |
| 11/02/2007 | 7 | SUMMONS Returned Executed by Bikash Mohan Mohanty. Morgan Stanley &Co, Inc. served on 10/19/2007, answer due 11/8/2007; Merrill Lynch Pierce Fenner &Smith, Inc. served on 10/19/2007, answer due 11/8/2007; Thinkequity Partners, LLC served on 10/22/2007, answer due 11/13/2007. (Kathrein, Reed) (Filed on 11/2/2007) (Entered: 11/02/2007) |
| 10/26/2007 | 6 | CLERK'S NOTICE Case Management Conference set for 1/16/2008 02:45 PM. VIA TELEPHONE. Case Management Statement due by 1/7/2008. (lrc, COURT STAFF) (Filed on 10/26/2007) (Entered: 10/26/2007) |
| 10/23/2007 | 5 | CERTIFICATE OF SERVICE by Abrena Winston 4 Plutzik, Alan) (Filed on 10/23/2007) Modified on 10/24/2007 (kk, COURT STAFF). (Entered: 10/23/2007) |
| 10/19/2007 | 4 | MOTION to Relate Case *Amended Administrative Motion to Consider Whether Cases Should Be Related Pursuant to L.R.3−12(B)* filed by Abrena Winston. (Attachments: # 1 Proposed Order)(Plutzik, Alan) (Filed on 10/19/2007) (Entered: 10/19/2007) |
| 10/19/2007 | 3 | MOTION to Relate Case *Administrative Motion to Consider Whether Cases Should Be Related Pursuant to L.R.3−12(B)* filed by Abrena Winston. (Attachments: # 1 Proposed Order)(Plutzik, Alan) (Filed on 10/19/2007) (Entered: 10/19/2007) |
| 10/16/2007 | | Summons Issued as to Ken Goldman, Lloyd Carney, Bruce Sachs, Robert Sachs, Geoffrey Yang, Morgan Stanley &Co, Inc., Merrill Lynch Pierce Fenner &Smith, Inc., Jeffries &Co Inc, Thinkequity Partners, LLC, Bigband Networks, Inc., Cowen &Co., Inc., Amir Bassan−Eskenazi, Ran Oz, Frederick Ball, Gal Israely, Dean Gilbert. (jlm, COURT STAFF) (Filed on 10/16/2007) (Entered: 10/17/2007) |
| 10/03/2007 | | CASE DESIGNATED for Electronic Filing. (jlm, COURT STAFF) (Filed on 10/3/2007) (Entered: 10/05/2007) |
| 10/03/2007 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 1/9/2008. Case Management Conference set for 1/16/2008 03:00 PM. (Attachments: # 1 Standing Order − SBA)(jlm, COURT STAFF) (Filed on 10/3/2007) (Entered: 10/05/2007) |
| 10/03/2007 | 1 | COMPLAINT; No Process With Jury Demand against Ken Goldman, Lloyd Carney, Bruce Sachs, Robert Sachs, Geoffrey Yang, Morgan Stanley &Co, Inc., Merrill Lynch Pierce Fenner &Smith, Inc., Jeffries &Co Inc, Thinkequity Partners, LLC, Bigband Networks, Inc., Amir Bassan−Eskenazi, Ran Oz, Frederick Ball, Gal Israely, Dean Gilbert, Cowen &Co., Inc. ( Filing fee $ 350, receipt number 34611011107.). Filed by Bikash Mohan Mohanty. (jlm, COURT STAFF) (Filed on 10/3/2007) Modified on 10/16/2007 (jlm, COURT STAFF). (Entered: 10/05/2007) |

KEITH E. EGGLETON, State Bar No. 159842
RODNEY G. STRICKLAND, State Bar No. 161934
JONI OSTLER, State Bar No. 230009
FREEDA Y. LUGO, State Bar No. 244913
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
E-mail: keggleton@wsgr.com
E-mail: rstrickland@wsgr.com
E-mail: jostler@wsgr.com
E-mail: flugo@wsgr.com

Attorneys for Defendants BigBand Networks,
Inc., Amir Bassan-Eskenazi, Ran Oz, Frederick A.
Ball, Gal Israely, Dean Gilbert, Kenneth E.
Goldman, Lloyd Carney, Bruce I. Sachs, Robert J.
Sachs, and Geoffrey Y. Yang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIKASH MOHAN MOHANTY, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BIGBAND NETWORKS, INC., AMIR BASSAN-EZKENAZI, RAN OZ, FREDERICK BALL, GAL ISRAELY, DEAN GILBERT, KEN GOLDMAN, LLOYD CARNEY, BRUCE SACHS, ROBERT SACHS, GEOFFREY YANG, MORGAN STANLEY & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., JEFFERIES & CO., INC., COWEN AND CO., INC., AND THINKEQUITY PARTNERS LLC<br><br>Defendants. | CASE NO.: 3:07-CV-05101-SBA<br><br>**MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

1  TO:  THE COURT AND ALL PARTIES OF RECORD

2  Pursuant to Local Rule 3-12, Defendants BigBand Networks, Inc. ("BigBand"), Amir

3  Bassan-Eskenazi, Frederick A. Ball, Ran Oz, Lloyd Carney, Dean Gilbert, Kenneth A. Goldman,

4  Gal Israely, Bruce I. Sachs, Robert J. Sachs, and Geoffrey Y. Yang ("BigBand Defendants")

5  hereby request that the Court make a determination that the following cases are related:

6  • *Mohanty v. Bassan-Eskenazi, et al.*, No. C-07-5101-SBA, filed on October 3,

7  2007; and Case 4:07-cv-05101-SBA    Document 24    Filed 01/03/2008    Page 2 of 6

8  • *Wiltjer v. BigBand Networks, Inc., et al.*, No. C-08-22-MHP, removed to this

9  Court pursuant to a Notice of Removal filed on January 2, 2008.[1]

10  Both of these cases are securities class action lawsuits against BigBand Networks, Inc.

11  and certain of its current and former officers and directors, and underwriters. Plaintiff James

12  Wiltjer's Complaint alleges that Defendants violated Sections 11, 12(a)(2) and 15 of the

13  Securities Act of 1933 (15 U.S.C. §§ 77k, 77l(a)(2), and 77o) by selling or assisting in the sale of

14  securities pursuant to a false and misleading registration statement and prospectus in connection

15  with BigBand Networks, Inc.'s initial public offering in March 2007. Similarly, the *Mohanty*

16  matter asserts that Defendants violated Sections 11 and 15 of the Securities Act of 1933 (15

17  U.S.C. §§ 77k and 77o) by selling or assisting in the sale of securities pursuant to a false and

18  misleading registration statement and prospectus in the same public offering. Plaintiff James

19  Wiltjer names as defendants the same defendants that are named in the *Mohanty* matter. In short,

20  the *Wiltjer* Complaint contains allegations that are substantially similar to those in *Mohanty*.

21  ─────────────

22  [1] In addition to the *Mohanty* class action, six other similar actions are also pending in this district and should also be deemed related: *Koesterer v. BigBand Networks, Inc., et al.*, No. C 07-5168-

23  MMC, filed 10/09/07; *Winston v. BigBand Networks, Inc., et al.*, No. C 07-5327-JSW, filed 10/18/07; *Smith v. BigBand Networks, Inc., et al.*, No. C 07-5361-SI, filed 10/19/07; *Luzon v.*

24  *BigBand Networks, Inc., et al.*, No. C 07-5637-WHA, filed 11/6/07; *Bernstein v. BigBand Networks, Inc., et al.*, No. C 07-05819-CRB, filed 11/15/07; and *Hammer v. BigBand Networks,*

25  *Inc., et al.*, No. C 07-5825-SI, filed 11/16/07. These are all purported class actions alleging violations of either the Securities Act of 1933 or the Securities and Exchange Act of 1934 or

26  both, against BigBand Networks, Inc. and certain of its current and former officers and/or directors. Certain of the actions include underwriters as defendants. All the actions assert

27  similar allegations of false or misleading statements in connection with BigBand's initial public offering and thereafter. All parties to these putative class actions have agreed that they should be

28  deemed related to *Mohanty* and consolidated. *See* Stipulation and [Proposed] Order Regarding Consolidation and Scheduling filed November 21, 2007, *Mohanty* Docket No. 11.

1    Civil Local Rule 3-12(a) provides that "[a]n action is related to another when: (1) The
2    actions concern the same parties, property, transaction or event; and (2) It appears likely that
3    there will be an unduly burdensome duplication of labor and expense or conflicting results if the
4    cases are conducted before different Judges." This test is satisfied here. Both the *Wiltjer*
5    complaint and the *Mohanty* complaint allege that the same defendants violated the Securities Act
6    of 1933 in connection with BigBand's initial public offering in March 2007. Both actions also
7    purport to be class actions brought on behalf of all those who purchased BigBand's stock in its
8    initial public offering. There would be "an unduly burdensome duplication of labor and
9    expense" if the *Wiltjer* case were to proceed separately before a different court.

10    Accordingly, the BigBand Defendants request that the *Wiltjer* action be deemed related to
11    the *Mohanty* action and assigned to the Honorable Saundra B. Armstrong.

12    Dated: January 3, 2008                    WILSON SONSINI GOODRICH & ROSATI
                                                Professional Corporation

                                                By:  ___/s/ Joni Ostler___
                                                     Joni Ostler
                                                Keith Eggleton
                                                Rodney Strickland
                                                650 Page Mill Road
                                                Palo Alto, CA 94304
                                                Tel.: (650) 493-9300
                                                Fax: (650) 493-6811
                                                Email: keggleton@wsgr.com
                                                Email: rstrickland@wsgr.com
                                                Email: jostler@wsgr.com

                                                *Counsel for Defendants BigBand Networks, Inc.,
                                                Amir Bassan-Eskenazi, Ran Oz, Frederick Ball,
                                                Gal Israely, Dean Gilbert, Ken Goldman, Lloyd
                                                Carney, Bruce Sachs, Robert Sachs and Geoffrey
                                                Yang*

**CERTIFICATE OF SERVICE VIA REGULAR MAIL**

I, Peggy L. Baird, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served via regular mail the following document:

**MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED** and

**CERTIFICATE OF SERVICE**

☒ This document was served by regular mail to the following individuals at the addresses as set forth below:

| | |
|---|---|
| Michael C. Tu<br>Orrick Herrington & Sutcliffe LLP<br>777 South Figueroa Street,<br>Suite 3200<br>Los Angeles, CA 90017-5855<br><br>*Counsel for Defendants Morgan Stanley & Co., Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Jefferies & Company, Inc., Cowen and Company, LLC and ThinkEquity Partners LLC* | Reed R. Kathrein<br>HAGENS BERMAN SOBOL SHAPIR LLP<br>715 Hearst Avenue, Suite 2092<br>Berkeley, CA 94710<br><br>*Counsel for Plaintiff Bikash Mohan Mohanty* |
| Steve Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br><br>*Counsel for Plaintiff Bikash Mohan Mohanty* | Lewis Kahn<br>KAHN GAUTHER SWICK LLC<br>650 Poydras Street – Suite 2150<br>New Orleans, LA 70130<br><br>*Additional counsel for Plaintiff Bikash Mohan Mohanty* |

| | |
|---|---|
| Stephen L. Porter<br>WHITEHEAD & PORTER LLP<br>220 Montgomery, Suite 1850<br>San Francisco, CA 94104<br>Tel.: (415) 781-6070<br><br>*Local Counsel for Plaintiff Dennis Koesterer* | Robert C. Finkel<br>Natalie Mackiel<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, NY 10022<br>Tel.: (212) 759-4600<br>Fax: (212) 486-2093<br><br>*Counsel for Plaintiff Dennis Koesterer* |
| Alan R. Plutzik<br>L. Timothy Fisher<br>SCHIFFRIN BARROWAY TOPAZ<br>   & KESSLER, LLP<br>2125 Oak Grove Road, Suite 120<br>Walnut Creek, CA 94598<br><br>*Counsel for Plaintiff Abrena Winston* | Nicholas J. Licato<br>Arthur Shingler<br>SCOTT + SCOTT LLP<br>600 B. Street, Suite 1500<br>San Diego, CA 92101<br><br>*Counsel for Plaintiff Donald Smith* |
| David R. Scott<br>SCOTT + SCOTT LLP<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT 06415<br><br>*Counsel for Plaintiff Donald Smith* | Mark Punzalan<br>C. P. Bartholomew<br>FINKELSTEIN THOMPSON LLP<br>100 Bush Street, Suite 1450<br>San Francisco, CA 94104<br><br>*Counsel for Plaintiff Wayne Luzon* |
| Lester R. Hooker<br>SAXENA WHITE P.A.<br>2424 N. Federal Highway<br>Suite 257<br>Boca Raton, FL 33431<br><br>*Counsel for Plaintiff Debra L. Bernstein* | Laurence D. King<br>KAPLAN FOX & KILSHEIMER LLP<br>350 Sansome Street, Suite 400<br>San Francisco, CA 94104<br><br>*Counsel for Plaintiff Eugene L. Hammer* |
| Karen H. Riebel<br>Elizabeth R. Odette<br>LOCKRIDGE GRINDAL NAUEN, P.L.L.P<br>100 Washington Avenue, Suite 2200<br>Minneapolis, MN 55402<br><br>*Counsel for Plaintiff Eugene L. Hammer* | Robert P. Varian<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>405 Howard Street<br>San Francisco, CA 94105-2669<br><br>*Counsel for Defendants Morgan Stanley & Co., Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Jefferies & Company, Inc., Cowen and Company, LLC and ThinkEquity Partners LLC* |

| | | |
|---|---|---|
| 1 | Jeffrey W. Lawrence<br>COUGHLIN STOIA GELLER | Darren J. Robbins<br>COUGHLIN STOIA GELLER RUDMAN & |
| 2 | RUDMAN & ROBBINS LLP<br>100 Pine Street, Suite 2600 | ROBBINS LLP<br>655 West Broadway, Suite 1900 |
| 3 | San Francisco, CA 94111 | San Diego, CA 92101-3301 |
| 4 | *Counsel for James Wiltjer* | *Counsel for James Wiltjer* |

Case 4:07-cv-05101-SBA   Document 24   Filed 01/03/2008   Page 6 of 6

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California on January 3, 2008.

*[signature]*
Peggy L. Baird



SAN DIEGO • SAN FRANCISCO
NEW YORK • BOCA RATON
WASHINGTON, DC
LOS ANGELES • PHILADELPHIA

Darren J. Robbins
DarrenR@csgrr.com

January 24, 2008

<u>VIA E-MAIL</u>

Keith E. Eggleton
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA  94304-1050

      Re:    *Wiltjer v. Bigband Networks, Inc., et al.*
             U.S.D.C. Case No. C 08-0022-MHP

Dear Keith:

      I write to confirm our conversation and set out our position regarding the remand hearing. You indicated that you wanted plaintiff to stipulate to an extended briefing schedule so that defendants could have this motion heard along with other motions before Judge Armstrong, who has the low-numbered federal securities case. But the issue on plaintiffs' motion to remand is distinct from the other matters pending before Judge Armstrong. Should the Court determine that it lacks subject matter jurisdiction, this case must be remanded to State Court. The remand issue is separate and apart from the procedural matters to be addressed in the federal cases. And, because the issue in this case is whether or not the federal court even has jurisdiction, we think it should be decided expeditiously.

      As you are aware, there was simply no basis to remove this case. Not only did Congress specifically provide for jurisdiction in State Court for Securities Act claims, Congress ***expressly*** provided that such actions are not removable. Our remand motion sets these details out clearly and compellingly. I respectfully request that you reconsider your improvident removal and immediately stipulate to remand the case. We would like to get the matter remanded as soon as possible, which is why we filed the motion to remand 16 days after defendants removed the matter as opposed to the 30 days allowed by statute.

655 West Broadway, Suite 1900 • San Diego, California 92101-3301 • 619.231.1058 • Fax 619.231.7423 • www.csgrr.com

COUGHLIN
STOIA
GELLER
& RUDMAN
ROBBINS LLP

Keith E. Eggleton
January 24, 2008
Page 2

   Keith, as you know, if you or any other Wilson Sonsini attorney requests additional time to prepare a brief, motion, or virtually anything else, we always accommodate you. Here, however, we simply cannot agree to delay.

              Very truly yours,

              DARREN J. ROBBINS

DJR:cmb
Enclosure/Attachment

cc: Jeffrey W. Lawrence

T:\CasesSF\BigBand State\Corres\Eggleton_ltr.doc



**Wilson Sonsini Goodrich & Rosati**
PROFESSIONAL CORPORATION

650 Page Mill Road
Palo Alto, CA 94304-1050
PHONE 650.493.9300
FAX 650.493.6811
www.wsgr.com

January 25, 2008

***VIA FACSIMILE***
Darren J. Robbins
Coughlin Stoia Geller
   Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301

Re:  **Wiltjer v. Bigband Networks, Inc., et al.
U.S.D.C. Case No. C08-0022-MHP**

Dear Darren:

I received your letter of last night.

I sought the brief, one-week extension for two reasons. First, to accommodate our schedules and given the press of business. Second, because it is likely the case will be transferred to Judge Armstrong before the motion to remand is heard as currently noticed. A one-week extension would likely allow us all to know if that will happen, since Judge Armstrong will be holding a status conference in the earliest-filed case on February 5.

Let me know by close of business today if you reconsider your position. Otherwise, we will seek an extension from Judge Breyer.

I see no need to debate the remand issue in these letters. Obviously I disagree with your assertion that there is no basis for removal.

Very truly yours,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*Keith Eggleton*

Keith E. Eggleton

KEE/nac

C:\NrPortbl\PALIB2\NC5\4132432_1.DOC