1 | KEITH E. EGGLETON, State Bar No.159842
    RODNEY G. STRICKLAND, State Bar No. 161934
2 | JONI L. OSTLER, State Bar No. 230009
    FREEDA LUGO, State Bar No. 244913
3 | WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
4 | 650 Page Mill Road
    Palo Alto, CA 94304-1050
5 | Telephone: (650) 493-9300
    Facsimile: (650) 565-5100
6 | Email: keggleton@wsgr.com
    Email: rstrickland@wsgr.com
7 | Email: jostler@wsgr.com
    Email: flugo@wsgr.com
8 |
9 | Attorneys for Defendants
    BIGBAND NETWORKS, INC., AMIR BASSAN-
10 | ESKENAZI, FREDERICK A. BALL, RAN OZ,
    LLOYD CARNEY, DEAN GILBERT, KENNETH
11 | A. GOLDMAN, GAL ISRAELY, BRUCE I.
    SACHS, ROBERT J. SACHS and GEOFFREY Y.
12 | YANG

13 |                UNITED STATES DISTRICT COURT

14 |                NORTHERN DISTRICT OF CALIFORNIA

15 |
16 | JAMES WILTJER, On Behalf of Himself and All  )   Case No. 08-22-CRB
    Others Similarly Situated,                    )
17 |                                              )
              Plaintiff,                          )   ~~[PROPOSED]~~ ORDER GRANTING
18 |                                              )   MOTION FOR ADMINISTRATIVE
         v.                                       )   RELIEF TO EXTEND TIME FOR
19 |                                              )   DEFENDANTS TO RESPOND TO
    BIGBAND NETWORKS, INC., AMIR BASSAN- )            PLAINTIFF'S MOTION TO
20 | ESKENAZI, FREDERICK A. BALL, RAN OZ,  )          REMAND
    LLOYD CARNEY, DEAN GILBERT, KENNETH)
21 | A. GOLDMAN, GAL ISRAELY, BRUCE I.     )
    SACHS, ROBERT J. SACHS, GEOFFREY Y.    )
22 | YANG, MORGAN STANLEY & CO.            )
    INCORPORATED, MERRILL LYNCH, PIERCE, )
23 | FENNER & SMITH INCORPORATED,          )
    JEFFERIES & COMPANY, INC., COWEN AND )
24 | COMPANY, LLC, THINKEQUITY PARTNERS )
    LLC and DOES 1-25, inclusive,          )
25 |                                       )
              Defendants.                  )
26 |
27 |
28 |

[PROPOSED] ORDER GRANTING ADMIN. MOT. TO EXTEND TIME TO RESPOND
CASE NO. 08-22-CRB

1  Upon the Motion for Administrative Relief to Extend Time for Defendants to Respond to
2  Plaintiff's Motion to Remand Pursuant to Civil L.R. 7-11 and Civil L.R. 6-3, and good cause
3  appearing, the Court hereby ORDERS as follows:
4  Defendants shall have until February 8, 2008 to respond to Plaintiff's Motion to Remand.
5  Plaintiff's Motion to Remand shall be heard on  February 22 , 2008 at 10:00 a.m..
6  IT IS SO ORDERED.

8  Dated:  January 30, 2008

THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE



[PROPOSED] ORDER GRANTING ADMIN. MOT. TO EXTEND TIME TO RESPOND
CASE NO. 08-22-CRB