1  ROBERT P. VARIAN (State Bar No. 107459)
   REBECCA F. LUBENS (State Bar No. 240683)
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
3  405 Howard Street
   San Francisco, CA  94105-2669
4  Telephone:   (415) 773-5700
   Facsimile:    (415) 773-5759
5  Emails:        rvarian@orrick.com
                  rlubens@orrick.com
6
   MICHAEL C. TU (State Bar No. 186793)
7  TEODORA E. MANOLOVA (State Bar No. 233333)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017-5855
9  Telephone:   (213) 629-2020
   Facsimile:    (213) 612-2499
10 Emails:        mtu@orrick.com
                  tmanolova@orrick.com
11
   Attorneys for Defendants
12 Morgan Stanley & Co. Incorporated, Merrill Lynch, Pierce,
   Fenner & Smith Incorporated, Jefferies & Company, Inc.,
13 Cowen & Company, LLC and ThinkEquity Partners LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JAMES WILTJER, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BIGBAND NETWORKS, INC., AMIR BASSAN-ESKENAZI, FREDERICK A. BALL, RAN OZ, LLOYD CARNEY, DEAN GILBERT, KENNETH A. GOLDMAN, GAL ISRAELY, BRUCE I. SACHS, ROBERT J. SACHS, GEOFFREY Y. YANG, MORGAN STANLEY & CO. INCORPORATED, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, JEFFERIES & COMPANY, INC., COWEN AND COMPANY, LLC, THINKEQUITY PARTNERS LLC and DOES 1-25, inclusive,<br><br>    Defendants. | Case No. 08-CV-22 CRB<br><br>CLASS ACTION<br><br>**NOTICE OF THE UNDERWRITER DEFENDANTS' JOINDER AND JOINDER TO THE BIGBAND DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**<br><br>Date:         February 22 2008<br>Time:        10:00 a.m.<br>Judge:       Hon. Charles R. Breyer<br>Courtroom: 8, 19th Floor |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** defendants Morgan Stanley & Co. Incorporated, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Jefferies & Company, Inc., Cowen & Company, LLC and ThinkEquity Partners LLC hereby join in the *Opposition to Plaintiff's Motion to Remand* filed on February 8, 2008 by defendants BigBand Networks, Inc., Amir Bassan-Eskenazi, Ran Oz, Frederick A. Ball, Gal Israely, Dean Gilbert, Kenneth A. Goldman, Lloyd Carney, Bruce I. Sachs, Robert J. Sachs, and Geoffrey Y. Yang.

Dated:  February 8, 2008            Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____*/s/ Michael C. Tu*_____
         Michael C. Tu

Attorneys for Defendants
Morgan Stanley & Co. Incorporated, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Jefferies & Company, Inc., Cowen & Company, LLC and ThinkEquity Partners LLC