1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  JEFFREY W. LAWRENCE (166806)
   SYLVIA SUM (207511)
3  100 Pine Street, Suite 2600
   San Francisco, CA 94111
4  Telephone: 415/288-4545
   415/288-4534 (fax)
5  jeffreyl@csgrr.com
   sylvias@csgrr.com
6       – and –
   DARREN J. ROBBINS (168593)
7  RAMZI ABADOU (222567)
   655 West Broadway, Suite 1900
8  San Diego, CA 92101-3301
   Telephone: 619/231-1058
9  619/231-7423 (fax)
   darrenr@csgrr.com
10 ramzia@csgrr.com

11 Attorneys for Plaintiff

12                         UNITED STATES DISTRICT COURT

13                        NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14  JAMES WILTJER, On Behalf of Himself and All Others Similarly Situated, ) ) ) | No. C 08-00022-CRB |
| 15   | CLASS ACTION |
|            Plaintiff, ) ) | |
| 16      vs. ) ) ) | PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND TIME TO FILE REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION TO REMAND |
| 17  BIGBAND NETWORKS, INC. et al., ) ) ) | |
| 18            Defendants. ) ) | |

1   PLEASE TAKE NOTICE that plaintiff's Motion to Remand is currently calendared for
2  hearing on February 22, 2008 at 10:00 a.m.  Pursuant to this Court's Local Rules, defendants'
3  opposition was due on February 1, 2008.  *See* Civil L.R. 7-11.  On January 31, 2008, the Court
4  extended defendants' time to file a response to February 8, 2008.  *See* Order Granting Motion for
5  Administrative Relief to Extend Time for Defendants to Respond to Plaintiff's Motion to Remand
6  (Docket #20).  Pursuant to the Local Rules, plaintiff's reply is also due on February 8, 2008.
7  Plaintiff's counsel contacted this Court's Clerk to determine when an appropriate reply date would
8  be and was informed that in light of the Court's Order granting defendants' extension until February
9  8, 2008, plaintiff's deadline to file a reply memorandum would similarly be extended by the same
10 amount of time.

11   GOOD CAUSE APPEARING THEREFORE, in light of the simultaneous and overlapping
12 deadlines requiring defendants' opposition and plaintiff's reply to be filed on the same day, plaintiff
13 respectfully requests a brief extension to Friday, February 15, 2008 to file his reply in further support
14 of his motion to remand.

15 DATED: February 8, 2008                    Respectfully submitted,

16                                            COUGHLIN STOIA GELLER
                                                RUDMAN & ROBBINS LLP
17                                            DARREN J. ROBBINS
                                              RAMZI ABADOU
18

19
                                                  s/ Darren J. Robbins
20                                            DARREN J. ROBBINS

21                                            655 West Broadway, Suite 1900
                                              San Diego, CA  92101-3301
22                                            Telephone:  619/231-1058
                                              619/231-7423 (fax)
23
                                              COUGHLIN STOIA GELLER
24                                              RUDMAN & ROBBINS LLP
                                              JEFFREY W. LAWRENCE
25                                            SYLVIA SUM
                                              100 Pine Street, Suite 2600
26                                            San Francisco, CA  94111
                                              Telephone:  415/288-4545
27                                            415/288-4534 (fax)

28                                            Attorneys for Plaintiff

MOTION FOR ADMINISTRATIVE RELIEF - C 08-00022-CRB                                              - 1 -

S:\CasesSD\BigBand State\NOT00049037-AR.doc

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 8, 2008.

          s/ Darren J. Robbins
          DARREN J. ROBBINS

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:darrenr@csgrr.com

## Mailing Information for a Case 3:08-cv-00022-CRB

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzia@csgrr.com,debh@csgrr.com

- **Keith E. Eggleton**
  keggleton@wsgr.com

- **Jeffrey W. Lawrence**
  jeffreyl@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com,GDarwish@csgrr.com

- **Freeda Yllana Lugo**
  flugo@wsgr.com,jjohnstone@wsgr.com

- **Teodora Emilova Manolova**
  tmanolova@orrick.com

- **Joni L. Ostler**
  jostler@wsgr.com,pbaird@wsgr.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Rodney Grant Strickland , Jr**
  rstrickland@wsgr.com

- **Michael Carl Tu**
  mtu@orrick.com

- **Robert P. Varian**
  rvarian@orrick.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILTJER, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>BIGBAND NETWORKS, INC. et al.,<br><br>　　　　　　　Defendants. | No. C 08-00022-CRB<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO EXTENT TIME TO FILE REPLY IN FURTHER SUPPORT OF MOTION TO REMAND ACTION TO STATE COURT |

1 | Having considered plaintiff's Motion for Administrative Relief for Extension of Time to File Reply in Further Support of Motion to Remand, and good cause appearing therefore, the Court hereby ORDERS as follows:

    1.    The motion is GRANTED;

    2.    Plaintiff shall have until February __, 2008 to file his Reply in Further Support of Motion to Remand; and

    3.    Plaintiff's Motion to Remand shall still be heard on February 22, 2008 at 10:00 a.m.

IT IS SO ORDERED.

DATED: _____       _____
                                                                 THE HONORABLE CHARLES R. BREYER
                                                                 UNITED STATES DISTRICT JUDGE

Submitted by:

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
RAMZI ABADOU


       s/ Darren J. Robbins
       DARREN J. ROBBINS

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
JEFFREY W. LAWRENCE
SYLVIA SUM
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

Attorneys for Plaintiff

S:\CasesSD\BigBand State\ORD00049038-AR.doc

[PROPOSED] ORDER GRANTING MOTION FOR ADMIN RELIEF - C 08-00022-CRB    - 1 -