1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILTJER, On Behalf of Himself and All Others Similarly Situated, ) ) ) Plaintiff, ) ) vs. ) ) BIGBAND NETWORKS, INC. et al., ) ) Defendants. ) ) | No. C 08-00022-CRB <br><br> <u>CLASS ACTION</u> <br><br> [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO EXTENT TIME TO FILE REPLY IN FURTHER SUPPORT OF MOTION TO REMAND ACTION TO STATE COURT |

1  Having considered plaintiff's Motion for Administrative Relief for Extension of Time to File
2  Reply in Further Support of Motion to Remand, and good cause appearing therefore, the Court
3  hereby ORDERS as follows:
4      1.  The motion is GRANTED;
5      2.  Plaintiff shall have until February 15, 2008 to file his Reply in Further Support of
6  Motion to Remand; and
7      3.  Plaintiff's Motion to Remand shall still be heard on February 22, 2008 at 10:00 a.m.
8  IT IS SO ORDERED.
9  DATED: February 11, 2008          _____
                                    THE HONORABLE CHARLES R. BREYER
10                                  UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer]*

11
12  Submitted by:

    COUGHLIN STOIA GELLER
13      RUDMAN & ROBBINS LLP
    DARREN J. ROBBINS
14  RAMZI ABADOU

15
         s/ Darren J. Robbins
16   _____
          DARREN J. ROBBINS

17  655 West Broadway, Suite 1900
    San Diego, CA 92101
18  Telephone: 619/231-1058
    619/231-7423 (fax)
19
    COUGHLIN STOIA GELLER
20    RUDMAN & ROBBINS LLP
    JEFFREY W. LAWRENCE
21  SYLVIA SUM
    100 Pine Street, Suite 2600
22  San Francisco, CA 94111
    Telephone: 415/288-4545
23  415/288-4534 (fax)

24  Attorneys for Plaintiff

25
    S:\CasesSD\BigBand State\ORD00049038-AR.doc
26

27

28

[PROPOSED] ORDER GRANTING MOTION FOR ADMIN RELIEF - C 08-00022-CRB          - 1 -